**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| **COURTNEY A MUNGER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Cause No. 1:25-cv-00511-ALT** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| *sued as Frank J. Bisignano,* | ) | |
| *Commissioner of Social Security*, | ) | |
| | ) | |
| **Defendant.** | ) | |

## OPINION AND ORDER

On March 12, 2026, this Court entered an Order remanding this appeal of Plaintiff Courtney A. Munger's denial of Disability Insurance Benefits and Supplemental Security Income to the Social Security Administration for further proceedings. (ECF 23). On April 9, 2026, Plaintiff's counsel, James T. Zender, Forbes Rodman PC, filed a motion for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (ECF 25), together with supporting documentation, seeking $9,191.14 in attorney fees for 34.3 hours of attorney work and 2.0 hours of legal assistant work (*Id*. at 7; ECF 25-3). On April 27, 2026, Defendant filed its response and does not oppose Plaintiff's request. (ECF 28).

The EAJA provides:

> Except as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses … incurred by that party in any civil action… , including proceedings for judicial review of agency action, brought by or against the United States in any court having jurisdiction of that action, unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust.

28 U.S.C. § 2412(d)(1)(A). Here, Defendant Commissioner of Social Security concedes that an award of $9,191.14 is appropriate. (ECF 28).

Therefore, Plaintiff's motion for attorney fees pursuant to the of EAJA (ECF 25) is GRANTED. Plaintiff is awarded $9,191.14 for attorney fees and expenses in full satisfaction of any and all claims that may be payable to Plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Any fees paid belong to Plaintiff Courtney A. Munger and not Plaintiff's attorney, and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to **Randal Forbes**, **Forbes Rodman PC,** pursuant to the EAJA assignment duly signed by Plaintiff. (*See* ECF 25-1). If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record**: Forbes Rodman PC, P.O. Box 374, Angola, IN, 46703**.

SO ORDERED.

Entered this 28th day of April 2026.

/s/ Andrew L. Teel
Andrew L. Teel
United States Magistrate Judge